Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Flr.
New York, NY, 10016
212-889-7400
212-684-0314 (facsimile)
Gilbert A. Lazarus, Esq.
*Counsel for M. Spiegel & Sons Oil, Corp., dba SOS Fuels*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re:

                                                    Chapter 11

Williams Gulf Service Station, Inc.

                                                   Case No.: 13-36038 (CGM)

        Debtor.

-------------------------------------------------------x

### MOTION FOR AN ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING EXAMINATION(S) OF, AND PRODUCTION OF DOCUMENTS BY, GARY SHULTZ, LISA SHULTZ, ROBERT SHULTZ AND ALICE BRANDON

       M. Spiegel & Sons Oil, Corp., dba SOS Fuels, a party-in-interest and secured creditor in the above captioned case, by and through its attorneys, Lazarus & Lazarus, P.C., hereby moves for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the service of subpoenas compelling the production of documents and the taking of testimony of Gary Shultz, Lisa Shultz, Robert Shultz and Alice Brandon (the "Motion").

       In support of the Motion, M. Spiegel & Sons Oil, Corp., dba SOS Fuels ("SOS Fuels") represents as follows:

### JURISDICTION AND VENUE

       1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.

       2.     Venue of this case and the Motion is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

       3.     This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

## GENERAL BACKGROUND

**The Agreements**

4. Or on about December 2, 2010, the Debtor, applied for, and was granted, an extension of credit from SOS Fuels in order to purchase gasoline from SOS Fuels. The application and credit agreement were executed by Lisa Shultz ("L. Shultz"), treasurer of the Debtor. A copy of the application and credit agreement are annexed hereto as **Exhibit "A"**. As part of the aforementioned transaction Gary Shultz ("G. Shultz") president of the Debtor, executed a continuing guaranty of the Debtor's obligation in favor of SOS Fuels.

5. Thereafter, in connection with unpaid monies owed to SOS Fuels for fuel sales, on or about May 4, 2012, the Debtor executed and delivered to SOS Fuels a mortgage note in the sum of $295,000.00 (hereafter the "Note"). A copy of the Note is annexed hereto as **Exhibit "B"**.

6. To secure payment of the sums as provided for in the Note, the Debtor executed a mortgage (hereafter the "Mortgage")whereby it granted to SOS Fuels a mortgage on the premises located at 404 North Main Street, Brewster, NY 10509, together with all fixtures and articles of personal property annexed to, installed in, or used in connection therewith (the "Premises"). A copy of the Mortgage is annexed hereto as **Exhibit "C"**.

7. The Note and Mortgage were executed by Robert Shultz, as president of the Debtor, and, as such, an authorized representative of the Debtor ("R. Shultz").

8. Executed copies of the Note and Mortgage were electronically delivered back to SOS Fuels.

**The State Court Litigation**

9. On or about October 24, 2012, SOS Fuels commenced an action against the Debtor and G. Shultz entitled *"M. Spiegel & Sons Oil, Corp., d/b/a SOS Fuels v. William Gulf Service Station, Inc. and Gary Shultz"* in the Supreme Court of the State of New York, County of Putnam, Index No.: 2900/2012, to recover the sum of $106,042.97, which sum represents the difference between the value of the Note and the amount owed for fuel sold and delivered by SOS Fuels to the Debtor. A copy of the Summons and Complaint in this action is attached as **Exhibit "D"**.

10. On or about November 29, 2012, SOS Fuels commenced a separate action entitled *"M. Spiegel & Sons Oil Corp. v. William Gulf Service Station, Inc."* in the

Supreme Court of the State of New York, County of Putnam, Index No.: 3072/2012, seeking a declaration that SOS Fuels holds an equitable mortgage upon the Premises.[1] A copy of the Summons and Complaint in this action is attached as **Exhibit "F"**.

11. The Debtor and G. Shultz were in default of pleading in both actions and Chapter 11 proceeding was commenced to stave off the imminent entry of adverse judgments.

**Chapter 11 Filing**

12. The Debtor's Chapter 11 petition lists SOS Fuels as holding an undisputed, unsecured claim in the sum of $401,000.

13. SOS Fuels disputes the Debtor's classification of its claim as unsecured. SOS Fuels submits that it is a secured creditor under the Note and Mortgage.[2]

## RELIEF REQUESTED

14. Rule 2004 provides that the Court may order the examination of any entity relating to the acts, conduct or property, or to the liabilities and financial condition of, the debtor, or to any matter which may affect the administration of the debtor's estate or the debtor's right to a discharge. *See* Fed. R. Bankr. P. 2004(b).

15. Pursuant to Bankruptcy Rule 2004, a party in interest may seek both document and oral discovery related to "acts, conduct, or property of the liabilities and financial condition of the debtor, or any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Bankruptcy Rule 2004(b).

16. In addition, Rule 2004 provides a mechanism to compel the production of documents relevant to the above-described inquiries. *See* Fed. F. Bankr. P. 2004(

---

[1] The action was necessary since, despite demand, the Debtor wrongfully refused to deliver the original mortgage to SOS Fuels for recording. A copy of the demand for the original Note and the Mortgage is attached as **Exhibit "E"**.

[2] Upon information and belief, the Debtor contends that R. Shultz lacked the requisite authority to sign either the Note or Mortgage on behalf of the Debtor. Debtor's contention, however, is at odds with the documented and admitted facts, particularly, that the Debtor, held out R. Shultz as possessing authority to execute the Note and the Mortgage. For instance, attached as **Exhibit "G"** is an electronic mail to R. Spiegel wherein it is acknowledged and ratified that R. Shultz had authority to execute these documents on behalf of the Debtor: "*Hi just called them and found out they still have Bob's name on record?!! [So I will have Bob sign], I've filled in the 295k, but it just says there will be monthly payment, no start date, how much etc. so I will get this signed, notarized and emailed to you tomorrow as promised. and if you can just get a payment amount/schedule addendum sent to me I'll take care of that too if necessary. thanks. L*". The reference to Bob is believed to be R. Shultz.

c).

17. The primary purpose of Rule 2004 is for "revealing the nature and extent of the bankruptcy estate, and for discovering assets, examining transactions, and determining what wrongdoing occurred." *In re Kelton, 389 B.R. 812, 820 (Bankr. S.D. Ga. 2008); see also In re Lufkin, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000)* (purpose of Rule 2004 is to "determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors").

18. Rule 2004 "permits a party invoking it to undertake a broad inquiry ... in the nature of a fishing expedition." *In re Valley Forge Plaza Associates, 109 B.R. 669, 674 (Bankr. E.D. Pa. 1990)*(citations and internal quotations omitted). "Third parties having knowledge of the debtor's affairs, as well as a debtor itself, are subject to examination." *Id.* (citations omitted). *See also In re The Harris Group, Inc., 64 B.R. 417 (Bankr. E.D. Pa. 1986)*(permitting Rule 2004 examination of debtor's president).

19. Here, the relief requested by SOS Fuels is well within the scope of Bankruptcy Rule 2004 in that it seeks to ascertain the claim status of SOS Fuels which impacts the Debtor's estate and any distribution to the Debtor's creditors.

20. G. Shultz, L. Shultz and R. Shultz are officers and/or authorized representatives of the Debtor. Alice Brandon was the attorney for the Debtor in connection with the events, circumstances and transactions involving the SOS Fuels, the Note and the Mortgage. Each has knowledge and/or information pertaining to the SOS Fuels, the Note, the Mortgage and the underlying indebtedness to SOS Fuels, and the claim status of SOS Fuels

21. As such, SOS Fuels request the entry of an order directing G, Shultz, L. Shultz, Robert Shultz and Alice Brandon to produce documents and to submit for oral examination.

WHEREFORE, M. Spiegel & Sons Oil, Corp., dba SOS Fuels., respectfully request that this Court enter an order, substantially in the form attached to this Motion as **Exhibit "H"**, compelling Gary Shultz, Lisa Shultz, Robert Shultz and Alice Brandon to produce any and all documents and things created by or in their possession, custody or control that are responsive to the requests set forth in the Schedule of Documents attached hereto as **Exhibit "I"**; and granting such other, further or different relief as it deems necessary and proper.

written request for notice, pursuant to Bankruptcy Rule 2002 and the Local Rules of the Bankruptcy Court, so as to be actually received and provided for in the Bankruptcy Rules and the Local Rules.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed Order with proof of service is filed with the Court within the time provided for by the Bankruptcy Rules and the Local Rules, there may not be a hearing and the proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE, that if a written objection is timely filed, the Court will hear such written objection, on a date to be determined, at the United States Bankruptcy Court for the Southern District of New York at 355 Main Street, Poughkeepsie, NY 12601. M. Spiegel & Sons Oil, Corp., dba SOS Fuels and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the relief being granted upon default.

Dated:    New York, NY
          May 28, 2013

                                          Lazarus & Lazarus, P.C.


                                          By:    /S/ Gilbert A. Lazarus, Esq.
                                          Gilbert A. Lazarus, Esq.
                                          240 Madison Avenue, 8th Flr.
                                          New York, NY, 10016

                                          *Counsel for M. Spiegel & Sons Oil, Corp.,
                                          db/a SOS Fuels*


TO:   RICK COWLE, ESQ. (via first class mail w/encl.)
      Attorney for the Debtor
      THE OFFICE OF THE UNITED STATES TRUSTEE/SDNY (via first class mail w/encl.)
      ALL PARTIES HAVING FILED A NOTICE OF APPEARANCE (via first class mail w/encl.)